THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>　　　　　　　Plaintiff, <br><br>　v. <br><br>GREG GRAHAM, a sole proprietor, d/b/a Graham Hay Company, <br><br>　　　　　　　Defendant. | NO. C21-01311-MJP <br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE COURT DATES |

THIS MATTER having come on to be heard on Plaintiff's Motion to Continue Court Dates, Plaintiff appearing through its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., and Defendant, not appearing, stating that the parties are in settlement discussions and hope to have this matter resolved before the requested 60-day extension, now, therefore;

IT IS HEREBY ORDERED that the Plaintiff's Motion to Continue Court Dates has been granted as follows:

Deadline for FRCP 26(f) conference……………..January 28, 2022

Initial Disclosures Pursuant to FRCP 26(a)……..February 4, 2022

Combined Joint Status Report and Discovery
 Plan as Required by FRCP 26(f), and Local
 Rule CR 16…………………………………….February 11, 2022

DONE IN OPEN COURT this 6th day of December, 2021.

*(signature)*

Marsha J. Pechman
United States Senior District Judge

Presented for Entry by:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: _Russell J. Reid_
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorney for Plaintiff